1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD O. HUFF,

                Petitioner,

       v.

DOUG WADDINGTON,

                Respondent.

Case No.  C06-5105RJB

ORDER STRIKING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS.

     This matter is before the court on petitioner's application for leave to proceed *in forma pauperis*. After reviewing the record, the court orders as follows.

     Petitioner has paid the $5.00 filing fee. Petitioner's application to proceed as a pauper is therefore moot. Accordingly, the clerk is directed to strike petitioner's application to proceed in forma pauperis from the court's motion calendar. The Clerk is further directed to mail a copy of this Order to petitioner.

     DATED this 23rd day of March, 2006.

                            */s/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States District Judge

ORDER
Page - 1