UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD OTIS HUFF,

    Petitioner,

    v.

DOUG WADDINGTON,

    Respondent.

Case No. C06-5105RJB

ORDER GRANTING AN EXTENSION OF TIME

    This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254.

    On June 1st petitioner filed a motion for an extension of time until August 2nd, 2006 to file a traverse. (Dkt. # 15). Respondent does not oppose the motion. (Dkt. # 17).

    The motion is **GRANTED**.

    The traverse will be due on or before **August 2nd, 2006** and the clerk is directed to send a copy of this order to petitioner and counsel for respondent and to note the matter as ready for review **August 4th 2006**.

    DATED this 30th, day of June, 2006.

                      */S/ J. Kelley Arnold*
                      J. Kelley Arnold
                      United States Magistrate Judge

ORDER

ORDER