1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD OTIS HUFF,

          Petitioner,

    v.

DOUG WADDINGTON,

          Respondent.

Case No. C06-5105RJB

ORDER DENYING ANY
FURTHER EXTENSION
OF TIME

    This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4.  Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254.

    On June 1st, 2006  petitioner filed a motion for an extension of time.  He asked to be given until August 2nd, 2006 to file a traverse.  (Dkt. # 15).  Respondent did not oppose the motion.  (Dkt. # 17).  The motion was granted and a traverse was due on or before August 2nd 2006.  (Dkt. # 19).

    Petitioner did not file a traverse despite the 60 day extension of time.  Instead petitioner has again filed a motion seeking another 60 day extension of time.  (Dkt. # 20).  He has not shown good

ORDER

1    cause for any further extension of time.  The impediments he mentions in his affidavit are the normal

2    incidents of prison life.  He has an assigned job and some constraints placed on his time.  Further the

3    number of hours the library is open is limited.  These constraints do not warrant any further

4    extension of time and the motion is **DENIED.**

5          The clerk is directed to send a copy of this order to petitioner and counsel for respondent.

6          DATED this 22nd day of August, 2006.

7                                    _/S/ J. Kelley Arnold_

8                                    J. Kelley Arnold
                                     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER